**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: James T. Smith                                         CHAPTER 13
           Janice L. Smith

                            Debtor(s)                                BKY. NO. 16-24101 CMB

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of U.S. Bank Trust National Association, as trustee for CVF III Mortgage Loan Trust II and index same on the master mailing list.

                                     Respectfully submitted,

                                     /s/ **Brian C. Nicholas**
                                     Brian Nicholas
                                     28 Jan 2022, 13:17:37, EST
                                     Brian C. Nicholas, Esq. (317240) ☑
                                     Maria D. Miksich, Esq. (319383) ☐
                                     Denise Carlon, Esq. (317226)    ☐
                                     Rebecca A. Solarz, Esq. (315936) ☐
                                     KML Law Group, P.C.
                                     BNY Mellon Independence Center
                                     701 Market Street, Suite 5000
                                     Philadelphia, PA 19106
                                     412-430-3594
                                     bkgroup@kmllawgroup.com