IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>JAMES T SMITH<br>JANICE L SMITH<br>        Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>        Movant<br>    vs.<br>No Respondents. | Case No.:16-24101<br><br>Chapter 13<br><br>Document No.: |

### CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR
### AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

  1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

  2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

  3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

  4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

  **Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

February 23, 2022

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 11/03/2016 and confirmed on 12/12/16 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---|---|
| Total Receipts | | 83,071.08 |
| Less Refunds to Debtor | 680.68 | |
| TOTAL AMOUNT OF PLAN FUND | | 82,390.40 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 7,410.02 | |
|    Trustee Fee | 3,834.51 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 11,244.53 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Secured** | | | | |
| US BANK TRUST NA - TRUSTEE CVF III M<br>Acct: 6523 | 0.00 | 21,440.58 | 0.00 | 21,440.58 |
| US BANK TRUST NA - TRUSTEE CVF III M<br>Acct: 6523 | 16,706.51 | 16,706.51 | 0.00 | 16,706.51 |
| RINGGOLD ASD (MONONGAHELA) (RE)**<br>Acct: 0600 | 2,113.83 | 2,113.83 | 691.74 | 2,805.57 |
| WASHINGTON COUNTY TAX CLM BUREAU<br>Acct: 0700 | 0.00 | 0.00 | 21.05 | 21.05 |
| WASHINGTON COUNTY TAX CLM BUREAU<br>Acct: 0600 | 359.55 | 359.55 | 79.96 | 439.51 |
| RINGGOLD ASD (MONONGAHELA) (RE)**<br>Acct: 0600 | 2,466.38 | 2,466.38 | 0.00 | 2,466.38 |
| RINGGOLD ASD (MONONGAHELA) (RE)**<br>Acct: 9050 | 600.34 | 600.34 | 198.02 | 798.36 |
| RINGGOLD ASD (MONONGAHELA) (RE)**<br>Acct: 9050 | 26.16 | 26.16 | 0.00 | 26.16 |
| RINGGOLD ASD (MONONGAHELA) (RE)**<br>Acct: 2620 | 0.00 | 0.00 | 0.00 | 0.00 |
| RINGGOLD ASD (MONONGAHELA) (RE)**<br>Acct: 2620 | 0.00 | 0.00 | 0.00 | 0.00 |
| RINGGOLD ASD (MONONGAHELA) (RE)**<br>Acct: 2620 | 0.00 | 0.00 | 0.00 | 0.00 |
| NORTHWEST CONSUMER DISCOUNT CO<br>Acct: 0490 | 2,510.27 | 2,510.27 | 217.86 | 2,728.13 |
| NORTHWEST CONSUMER DISCOUNT CO<br>Acct: 0490 | 16,550.08 | 16,550.08 | 2,360.50 | 18,910.58 |
| | | | | 66,342.83 |
| **Priority** | | | | |
| SCOTT R LOWDEN ESQ**<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| JAMES T SMITH<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| JAMES T SMITH<br>Acct: | 670.00 | 670.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| JAMES T SMITH | 10.68 | 10.68 | 0.00 | 0.00 |
| Acct: | | | | |
| RICE AND ASSOCIATES | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DAVID A RICE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| NICOTERO & LOWDEN PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| RICE AND ASSOCIATES | 2,111.32 | 2,111.32 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXXX5-18 | | | | |
| RICE AND ASSOCIATES | 2,298.70 | 2,298.70 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXXX2-19 | | | | |
| PA DEPARTMENT OF REVENUE* | 400.46 | 400.46 | 0.00 | 400.46 |
| Acct: 1491 | | | | |
| US BANK TRUST NA - TRUSTEE CVF III  M | 587.87 | 587.87 | 0.00 | 587.87 |
| Acct: 6523 | | | | |
| | | | | 988.33 |
| **Unsecured** | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ALLEGHENY GENERAL HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1080 | | | | |
| ALLEGHENY GENERAL HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ASSISTED CARE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9286 | | | | |
| CHARLES LOMAGO DMD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1566 | | | | |
| COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: NXXU | | | | |
| COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: K4EJ | | | | |
| COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: I9VL | | | | |
| COMCAST++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9115 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 7,548.89 | 2,672.68 | 0.00 | 2,672.68 |
| Acct: 5636 | | | | |
| DIVERSIFIED CONSULTANTS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7058 | | | | |
| GUILLERMO & BORRERO MD & ASSOC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0720 | | | | |
| HEALTH CARE SOLUTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3168 | | | | |
| INSTANT DIAGNOSTIC SYSTEMS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6904 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 108.25 | 38.33 | 0.00 | 38.33 |
| Acct: 3538 | | | | |
| KLINGENSMITH HEALTH CARE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6946 | | | | |
| MCKESSON PATIENT CARE SOLUTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MONONGAHELA VALLEY HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4741 | | | | |
| OSCAR UREA MD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0760 | | | | |
| RAYMOND P AMATANGLO++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| STATE COLLECTION SERVICE INC | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 4107 | | | | |
| THE AFFILIATED GROUP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8601 | | | | |
| CHAPTER HOLDINGS LLC FBO: THOMAS | 2,399.60 | 849.58 | 0.00 | 849.58 |
| Acct: | | | | |
| WASHINGTON COUNTY TAX CLM BUREAU | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PA DEPARTMENT OF REVENUE* | 56.50 | 20.00 | 0.00 | 20.00 |
| Acct: 1491 | | | | |
| QUANTUM3 GROUP LLC AGNT - CF MEDI( | 448.05 | 158.63 | 0.00 | 158.63 |
| Acct: 3359 | | | | |
| QUANTUM3 GROUP LLC AGNT - CF MEDI( | 63.20 | 22.38 | 0.00 | 22.38 |
| Acct: 3067 | | | | |
| QUANTUM3 GROUP LLC AGNT - CF MEDI( | 150.00 | 53.11 | 0.00 | 53.11 |
| Acct: 3579 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CITIFINANCIAL (RE*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3503 | | | | |
| PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3503 | | | | |
| RINGGOLD SCHOOL DISTRICT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6386 | | | | |
| MCCALLA RAYMER  ET AL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 3,814.71 |

TOTAL PAID TO CREDITORS                                                                       71,145.87

TOTAL CLAIMED
PRIORITY              988.33
SECURED            41,333.12
UNSECURED          10,774.49


Date: 02/23/2022                                          /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    JAMES T SMITH
    JANICE L SMITH
        Debtor(s)

Ronda J. Winnecour
        Movant
      vs.
No Repondents.

Case No.:16-24101

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
James T Smith  
Janice L Smith  
    Debtors

Case No. 16-24101-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 3  
Date Rcvd: Feb 24, 2022     Form ID: pdf900     Total Noticed: 42

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James T Smith, Janice L Smith, 507 Jackson Street, Monongahela, PA 15063-2125 |
| cr | + | U.S. Bank Trust National Association, as trustee f, 3000 Kellway Dr. Ste 150, Carrollton, TX 75006-3357 |
| 14316396 | + | Aftersool / LVNV Funding, P.O. Box 1022, Wixom, MI 48393-1022 |
| 14316397 | + | Allegheny General Hosp., 320 E North Avenue, Pittsburgh, PA 15212-4772 |
| 14316398 | + | Allegheny General Hospial, P.O. Box 644662, Pittsburgh, PA 15264-4662 |
| 14316399 | + | Assisted Care, P.O. Box 1127, Sherman, TX 75091-1127 |
| 14369437 | | CITIFINANCIAL SERVICING LLC, c/o Ditech Financial LLC, PO Box 6154, Rapid City, SD 57709-6154 |
| 14316400 | + | Charles Lomago, DMD, 447 West Main Street, Monongahela, PA 15063-2564 |
| 14316402 | + | Citifinancial Servicing LLC, c/o Peter Wapner, Essq., 1617 JFK Blvd., Suite 1400, Philadelphia, PA 19103-1814 |
| 14316401 | + | Citifinancial Servicing LLC, 3000 Bayport Drive, Suite 880, Tampa, FL 33607-8409 |
| 14316403 | + | Collection Service / Allegheny Clinic, Po Box 1623, Butler, PA 16003-1623 |
| 14316404 | + | Comcast Cable, P.O. Box 1349, Melville, NY 11747-0421 |
| 14316405 | + | Credit Protection / Peoples Nat Gas, 13355 Noel Rd Ste 2100, Dallas, TX 75240-6837 |
| 14316406 | + | Ditech Financial Llc, 332 Minnesota St Ste 610, Saint Paul, MN 55101-1314 |
| 15329160 | + | Fay Servicing, LLC, c/o MCCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 14316408 | + | Guillermo Borrero, MD, 575 Coal Valley Road, Clairton, PA 15025-3740 |
| 14316409 | + | Health Care Solutions, P.O. Box 105760, Atlanta, GA 30348-5760 |
| 14316412 | + | Klingensmith Health Care, P.O. Box 151, Ford City, PA 16226-0151 |
| 14316413 | + | McKesson Patient Care Solutions, P.O. Box 645034, Pittsburgh, PA 15264-5034 |
| 14316414 | + | Monongahela Valley Hosp., 1163 Country Club Road, Monongahela, PA 15063-1095 |
| 14329743 | + | Northwest Consumer Discount Company, 507 Jackson Street, Monogahela, PA 15063-2125 |
| 14316416 | + | Oscar Urea, MD., 110 Hidden Valley Road, McMurray, PA 15317-2685 |
| 14316417 | + | Raymond Amatangelo, Essq., 312 Fallowfield Avenue, Charleroi, PA 15022-1405 |
| 14316418 | + | Ringgold School District, 400 Main Street, New Eagle, PA 15067-1108 |
| 14316419 | + | Ringgold School District, c/o Megan Iannacone, Esq., P.O. Box 391, Norristown, PA 19404-0391 |
| 14331861 | + | Ringgold School District, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14316421 | + | The Affiliated Group / Walgreens Pharmac, Po Box 7739, Rochester, MN 55903-7739 |
| 14316422 | + | Thomas Family Dental, 3506 Washington Ave., P.O. Box 128, Finleyville, PA 15332-0128 |
| 14942635 | | U.S. Bank Trust National Association, as trustee f, c/o Fay Servicing, LLC, PO Box 814609,, Dallas, TX 75381-4609 |
| 14316423 | #+ | Washington County Tax Claim Bureau, 100 West Beau Street Suite 205, Washington, PA 15301-4483 |

TOTAL: 30

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Feb 24 2022 23:35:00 | Bayview Loan Servicing LLC, 4425 Ponce de Leon Blvd. 5th Floor, Coral Gables, FL 33146-1873 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | | |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 24, 2022 | Form ID: pdf900 | Total Noticed: 42 |

| Recip ID | Bypass/Delivery | Date/Time | Name and Address |
|---|---|---|---|
|  |  | Feb 24 2022 23:35:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14831123 | + Email/Text: bkteam@selenefinance.com | Feb 24 2022 23:35:00 | Atlantica, LLC, c/o Selene Finance, 9990 Richmond Ave, Suite 400 South, Houston, TX 77042-4546 |
| 14416988 | + Email/Text: BKMailBayview@bayviewloanservicing.com | Feb 24 2022 23:35:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1873 |
| 14316407 | + Email/Text: bankruptcynotices@dcicollect.com | Feb 24 2022 23:36:00 | Diversified Consultant / Sprint, P O Box 551268, Jacksonville, FL 32255-1268 |
| 14361051 | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 24 2022 23:36:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14316411 | + Email/Text: JCAP_BNC_Notices@jcap.com | Feb 24 2022 23:36:00 | Jefferson Capital Syst / Fingerhut, 16 Mcleland Rd, Saint Cloud, MN 56303-2198 |
| 14325496 | + Email/PDF: rmscedi@recoverycorp.com | Feb 24 2022 23:36:57 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14318979 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 24 2022 23:36:00 | Pennsylvania Department of Revenue, Bankruptcy division, P O Box 280946, Harrisburg P A 17128-0946 |
| 14347755 | + Email/Text: ebnpeoples@grblaw.com | Feb 24 2022 23:35:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 North Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14330596 | Email/Text: bnc-quantum@quantum3group.com | Feb 24 2022 23:36:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14316420 | Email/Text: amieg@stcol.com | Feb 24 2022 23:35:00 | State Collection Services, P.O. Box 6250, Madison, WI 53716 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Ringgold School District, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14316410 | ##+ | Instant Diagnostic Systems, P.O. Box 2449, Decatur, AL 35602-2449 |
| 14316415 | ##+ | Northwest Consumer Discount Company, PO Box 33, Monogahala, PA 15063-0033 |

TOTAL: 0 Undeliverable, 3 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2022        Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor U.S. Bank Trust National Association as trustee for CVF III Mortgage Loan Trust II bnicholas@kmllawgroup.com |
| David A. Rice | on behalf of Debtor James T Smith ricelaw1@verizon.net lowdenscott@gmail.com |
| David A. Rice | on behalf of Joint Debtor Janice L Smith ricelaw1@verizon.net lowdenscott@gmail.com |
| James R. Wood | on behalf of Creditor Ringgold School District jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| Lisa Cancanon | on behalf of Creditor Bayview Loan Servicing LLC lisac@w-legal.com Llombardi06@law.du.edu |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com |
| Scott R. Lowden | on behalf of Joint Debtor Janice L Smith niclowlgl@comcast.net |
| Scott R. Lowden | on behalf of Debtor James T Smith niclowlgl@comcast.net |

TOTAL: 10