| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | James T Smith<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–1491<br>EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Janice L Smith<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–9392<br>EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:    16–24101–CMB | | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

James T Smith                                Janice L Smith

4/12/22                                      **By the court:** Carlota M. Bohm
                                             United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
James T Smith  
Janice L Smith  
    Debtors

Case No. 16-24101-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Apr 12, 2022 | Form ID: 3180W | Total Noticed: 45 |

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James T Smith, Janice L Smith, 507 Jackson Street, Monongahela, PA 15063-2125 |
| cr | + | U.S. Bank Trust National Association, as trustee f, 3000 Kellway Dr. Ste 150, Carrollton, TX 75006-3357 |
| 14316396 | + | Aftersool / LVNV Funding, P.O. Box 1022, Wixom, MI 48393-1022 |
| 14316397 | + | Allegheny General Hosp., 320 E North Avenue, Pittsburgh, PA 15212-4772 |
| 14316398 | + | Allegheny General Hospial, P.O. Box 644662, Pittsburgh, PA 15264-4662 |
| 14316399 | + | Assisted Care, P.O. Box 1127, Sherman, TX 75091-1127 |
| 14369437 | | CITIFINANCIAL SERVICING LLC, c/o Ditech Financial LLC, PO Box 6154, Rapid City, SD 57709-6154 |
| 14316400 | + | Charles Lomago, DMD, 447 West Main Street, Monongahela, PA 15063-2564 |
| 14316402 | + | Citifinancial Servicing LLC, c/o Peter Wapner, Essq., 1617 JFK Blvd., Suite 1400, Philadelphia, PA 19103-1814 |
| 14316401 | + | Citifinancial Servicing LLC, 3000 Bayport Drive, Suite 880, Tampa, FL 33607-8409 |
| 14316403 | + | Collection Service / Allegheny Clinic, Po Box 1623, Butler, PA 16003-1623 |
| 14316404 | + | Comcast Cable, P.O. Box 1349, Melville, NY 11747-0421 |
| 14316405 | + | Credit Protection / Peoples Nat Gas, 13355 Noel Rd Ste 2100, Dallas, TX 75240-6837 |
| 14316406 | + | Ditech Financial Llc, 332 Minnesota St Ste 610, Saint Paul, MN 55101-1314 |
| 15329160 | + | Fay Servicing, LLC, c/o MCCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 14316408 | + | Guillermo Borrero, MD, 575 Coal Valley Road, Clairton, PA 15025-3740 |
| 14316409 | + | Health Care Solutions, P.O. Box 105760, Atlanta, GA 30348-5760 |
| 14316412 | + | Klingensmith Health Care, P.O. Box 151, Ford City, PA 16226-0151 |
| 14316413 | + | McKesson Patient Care Solutions, P.O. Box 645034, Pittsburgh, PA 15264-5034 |
| 14316414 | + | Monongahela Valley Hosp., 1163 Country Club Road, Monongahela, PA 15063-1095 |
| 14329743 | + | Northwest Consumer Discount Company, 507 Jackson Street, Monogahela, PA 15063-2125 |
| 14316415 | + | Northwest Consumer Discount Company, PO Box 33, Monogahala, PA 15063-0033 |
| 14316416 | + | Oscar Urea, MD., 110 Hidden Valley Road, McMurray, PA 15317-2685 |
| 14316417 | + | Raymond Amatangelo, Essq., 312 Fallowfield Avenue, Charleroi, PA 15022-1405 |
| 14316418 | + | Ringgold School District, 400 Main Street, New Eagle, PA 15067-1108 |
| 14331861 | + | Ringgold School District, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14316419 | + | Ringgold School District, c/o Megan Iannacone, Esq., P.O. Box 391, Norristown, PA 19404-0391 |
| 14316421 | + | The Affiliated Group / Walgreens Pharmac, Po Box 7739, Rochester, MN 55903-7739 |
| 14316422 | + | Thomas Family Dental, 3506 Washington Ave., P.O. Box 128, Finleyville, PA 15332-0128 |
| 14942635 | | U.S. Bank Trust National Association, as trustee f, c/o Fay Servicing, LLC, PO Box 814609,, Dallas, TX 75381-4609 |
| 14316423 | #+ | Washington County Tax Claim Bureau, 100 West Beau Street Suite 205, Washington, PA 15301-4483 |

TOTAL: 31

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: PENNDEPTREV | Apr 13 2022 03:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

Case 16-24101-CMB    Doc 112    Filed 04/14/22    Entered 04/15/22 00:27:04    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 12, 2022 | Form ID: 3180W | Total Noticed: 45 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 12 2022 23:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Apr 13 2022 03:33:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 12 2022 23:38:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: LCIBAYLN | Apr 13 2022 03:33:00 | Bayview Loan Servicing LLC, 4425 Ponce de Leon Blvd. 5th Floor, Coral Gables, FL 33146-1873 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Apr 12 2022 23:38:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14831123 | + | Email/Text: bkteam@selenefinance.com | Apr 12 2022 23:38:00 | Atlantica, LLC, c/o Selene Finance, 9990 Richmond Ave, Suite 400 South, Houston, TX 77042-4546 |
| 14416988 | + | EDI: LCIBAYLN | Apr 13 2022 03:33:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1873 |
| 14316407 | + | EDI: DCI.COM | Apr 13 2022 03:33:00 | Diversified Consultant / Sprint, P O Box 551268, Jacksonville, FL 32255-1268 |
| 14361051 | | EDI: JEFFERSONCAP.COM | Apr 13 2022 03:33:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14316411 | + | EDI: JEFFERSONCAP.COM | Apr 13 2022 03:33:00 | Jefferson Capital Syst / Fingerhut, 16 Mcleland Rd, Saint Cloud, MN 56303-2198 |
| 14325496 | + | EDI: RECOVERYCORP.COM | Apr 13 2022 03:33:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14318979 | | EDI: PENNDEPTREV | Apr 13 2022 03:33:00 | Pennsylvania Department of Revenue, Bankruptcy division, P O Box 280946, Harrisburg P A 17128-0946 |
| 14318979 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 12 2022 23:38:00 | Pennsylvania Department of Revenue, Bankruptcy division, P O Box 280946, Harrisburg P A 17128-0946 |
| 14347755 | + | Email/Text: ebnpeoples@grblaw.com | Apr 12 2022 23:38:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 North Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14330596 | | EDI: Q3G.COM | Apr 13 2022 03:33:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14316420 | | Email/Text: amieg@stcol.com | Apr 12 2022 23:38:00 | State Collection Services, P.O. Box 6250, Madison, WI 53716 |
| 14942635 | | Email/Text: ECF@fayservicing.com | Apr 12 2022 23:38:00 | U.S. Bank Trust National Association, as trustee f, c/o Fay Servicing, LLC, PO Box 814609,, Dallas, TX 75381-4609 |

TOTAL: 18

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

| | | |
|---|---|---|
| cr | *+ | Ringgold School District, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14316410 | ##+ | Instant Diagnostic Systems, P.O. Box 2449, Decatur, AL 35602-2449 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2022 at the address(es) listed below:

**Name** | **Email Address**

Brian Nicholas
on behalf of Creditor U.S. Bank Trust National Association as trustee for CVF III Mortgage Loan Trust II bnicholas@kmllawgroup.com

David A. Rice
on behalf of Debtor James T Smith ricelaw1@verizon.net lowdenscott@gmail.com

David A. Rice
on behalf of Joint Debtor Janice L Smith ricelaw1@verizon.net lowdenscott@gmail.com

James R. Wood
on behalf of Creditor Ringgold School District jwood@portnoffonline.com jwood@ecf.inforuptcy.com

Lisa Cancanon
on behalf of Creditor Bayview Loan Servicing LLC lisac@w-legal.com Llombardi06@law.du.edu

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

S. James Wallace
on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

Scott R. Lowden
on behalf of Joint Debtor Janice L Smith niclowlgl@comcast.net

Scott R. Lowden
on behalf of Debtor James T Smith niclowlgl@comcast.net

TOTAL: 10