IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>    JAMES T SMITH<br>    JANICE L SMITH<br>        Debtor(s)<br><br>    Ronda J. Winnecour<br>        Movant<br>        vs.<br>    No Repondents. | Case No.:16-24101<br><br>Chapter 13<br><br>Document No.: 106<br><br>**ENTERED BY DEFAULT** |

ORDER OF COURT

AND NOW, this **12th** day of **April**, 20**22**, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
4/12/22 8:37 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT,

*Carlota M. Böhm*
                        dmk
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-24101-CMB |
| James T Smith | Chapter 13 |
| Janice L Smith | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Apr 12, 2022 | Form ID: pdf900 | Total Noticed: 43 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James T Smith, Janice L Smith, 507 Jackson Street, Monongahela, PA 15063-2125 |
| cr | + | U.S. Bank Trust National Association, as trustee f, 3000 Kellway Dr. Ste 150, Carrollton, TX 75006-3357 |
| 14316396 | + | Aftersool / LVNV Funding, P.O. Box 1022, Wixom, MI 48393-1022 |
| 14316397 | + | Allegheny General Hosp., 320 E North Avenue, Pittsburgh, PA 15212-4772 |
| 14316398 | + | Allegheny General Hospial, P.O. Box 644662, Pittsburgh, PA 15264-4662 |
| 14316399 | + | Assisted Care, P.O. Box 1127, Sherman, TX 75091-1127 |
| 14369437 | | CITIFINANCIAL SERVICING LLC, c/o Ditech Financial LLC, PO Box 6154, Rapid City, SD 57709-6154 |
| 14316400 | + | Charles Lomago, DMD, 447 West Main Street, Monongahela, PA 15063-2564 |
| 14316402 | + | Citifinancial Servicing LLC, c/o Peter Wapner, Essq., 1617 JFK Blvd., Suite 1400, Philadelphia, PA 19103-1814 |
| 14316401 | + | Citifinancial Servicing LLC, 3000 Bayport Drive, Suite 880, Tampa, FL 33607-8409 |
| 14316403 | + | Collection Service / Allegheny Clinic, Po Box 1623, Butler, PA 16003-1623 |
| 14316404 | + | Comcast Cable, P.O. Box 1349, Melville, NY 11747-0421 |
| 14316405 | + | Credit Protection / Peoples Nat Gas, 13355 Noel Rd Ste 2100, Dallas, TX 75240-6837 |
| 14316406 | + | Ditech Financial Llc, 332 Minnesota St Ste 610, Saint Paul, MN 55101-1314 |
| 15329160 | + | Fay Servicing, LLC, c/o MCCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 14316408 | + | Guillermo Borrero, MD, 575 Coal Valley Road, Clairton, PA 15025-3740 |
| 14316409 | + | Health Care Solutions, P.O. Box 105760, Atlanta, GA 30348-5760 |
| 14316412 | + | Klingensmith Health Care, P.O. Box 151, Ford City, PA 16226-0151 |
| 14316413 | + | McKesson Patient Care Solutions, P.O. Box 645034, Pittsburgh, PA 15264-5034 |
| 14316414 | + | Monongahela Valley Hosp., 1163 Country Club Road, Monongahela, PA 15063-1095 |
| 14329743 | + | Northwest Consumer Discount Company, 507 Jackson Street, Monogahela, PA 15063-2125 |
| 14316415 | + | Northwest Consumer Discount Company, PO Box 33, Monogahala, PA 15063-0033 |
| 14316416 | + | Oscar Urea, MD., 110 Hidden Valley Road, McMurray, PA 15317-2685 |
| 14316417 | + | Raymond Amatangelo, Essq., 312 Fallowfield Avenue, Charleroi, PA 15022-1405 |
| 14316418 | + | Ringgold School District, 400 Main Street, New Eagle, PA 15067-1108 |
| 14331861 | + | Ringgold School District, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14316419 | + | Ringgold School District, c/o Megan Iannacone, Esq., P.O. Box 391, Norristown, PA 19404-0391 |
| 14316421 | + | The Affiliated Group / Walgreens Pharmac, Po Box 7739, Rochester, MN 55903-7739 |
| 14316422 | + | Thomas Family Dental, 3506 Washington Ave., P.O. Box 128, Finleyville, PA 15332-0128 |
| 14942635 | | U.S. Bank Trust National Association, as trustee f, c/o Fay Servicing, LLC, PO Box 814609,, Dallas, TX 75381-4609 |
| 14316423 | #+ | Washington County Tax Claim Bureau, 100 West Beau Street Suite 205, Washington, PA 15301-4483 |

TOTAL: 31

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Apr 12 2022 23:38:00 | Bayview Loan Servicing LLC, 4425 Ponce de Leon Blvd. 5th Floor, Coral Gables, FL 33146-1873 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnpeoples@grblaw.com | Apr 12 2022 23:38:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14831123 | + | Email/Text: bkteam@selenefinance.com | Apr 12 2022 23:38:00 | Atlantica, LLC, c/o Selene Finance, 9990 Richmond Ave, Suite 400 South, Houston, TX 77042-4546 |
| 14416988 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Apr 12 2022 23:38:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1873 |
| 14316407 | + | Email/Text: bankruptcynotices@dcicollect.com | Apr 12 2022 23:39:00 | Diversified Consultant / Sprint, P O Box 551268, Jacksonville, FL 32255-1268 |
| 14361051 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 12 2022 23:38:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14316411 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 12 2022 23:38:00 | Jefferson Capital Syst / Fingerhut, 16 Mcleland Rd, Saint Cloud, MN 56303-2198 |
| 14325496 | + | Email/PDF: rmscedi@recoverycorp.com | Apr 12 2022 23:46:03 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14318979 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 12 2022 23:38:00 | Pennsylvania Department of Revenue, Bankruptcy division, P O Box 280946, Harrisburg P A 17128-0946 |
| 14347755 | + | Email/Text: ebnpeoples@grblaw.com | Apr 12 2022 23:38:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 North Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14330596 | | Email/Text: bnc-quantum@quantum3group.com | Apr 12 2022 23:38:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14316420 | | Email/Text: amieg@stcol.com | Apr 12 2022 23:38:00 | State Collection Services, P.O. Box 6250, Madison, WI 53716 |
| 14942635 | | Email/Text: ECF@fayservicing.com | Apr 12 2022 23:38:00 | U.S. Bank Trust National Association, as trustee f, c/o Fay Servicing, LLC, PO Box 814609,, Dallas, TX 75381-4609 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Ringgold School District, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14316410 | ##+ | Instant Diagnostic Systems, P.O. Box 2449, Decatur, AL 35602-2449 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

District/off: 0315-2 | User: auto | Page 3 of 3
Date Rcvd: Apr 12, 2022 | Form ID: pdf900 | Total Noticed: 43

Date: Apr 14, 2022  Signature:  /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor U.S. Bank Trust National Association as trustee for CVF III Mortgage Loan Trust II bnicholas@kmllawgroup.com |
| David A. Rice | on behalf of Debtor James T Smith ricelaw1@verizon.net lowdenscott@gmail.com |
| David A. Rice | on behalf of Joint Debtor Janice L Smith ricelaw1@verizon.net lowdenscott@gmail.com |
| James R. Wood | on behalf of Creditor Ringgold School District jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| Lisa Cancanon | on behalf of Creditor Bayview Loan Servicing LLC lisac@w-legal.com Llombardi06@law.du.edu |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com |
| Scott R. Lowden | on behalf of Joint Debtor Janice L Smith niclowlgl@comcast.net |
| Scott R. Lowden | on behalf of Debtor James T Smith niclowlgl@comcast.net |

TOTAL: 10