**Fill in this information to identify the case:**

Debtor 1    James T Smith

Debtor 2    Janice L Smith
(Spouse, if filing)

United States Bankruptcy Court for the: WESTERN    District of PENNSYLVANIA
                                                                              (State)

Case number   16-24101-CMB

# Official Form 410S2
# Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

If the debtors' plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtors' principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtors' principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

| | | | |
|---|---|---|---|
| **Name of creditor:** | U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE FOR CVF III MORTGAGE LOAN TRUST II | **Court claim no. (if known)** | 12 |
| **Last four digits** of any number you use to identify the debtors' account: | XXXXXX6523 | | |

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**
☒ No
☐ Yes.  Date of the last notice:

## Part 1:   Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| | Description | Dates incurred | | Amount |
|---|---|---|---|---|
| 1. | Late charges | | (1) | $ 0.00 |
| 2. | Non-sufficient funds (NSF) fees | | (2) | $ 0.00 |
| 3. | Attorney fees | | (3) | $ 0.00 |
| 4. | Filing fees and court costs | | (4) | $ 0.00 |
| 5. | Bankruptcy/Proof of claim fees | | (5) | $ 0.00 |
| 6. | Appraisal/Broker's price opinion fees | | (6) | $ 0.00 |
| 7. | Property inspection fees | | (7) | $ 0.00 |
| 8. | Tax advances (non-escrow) | 9/24/2020 | (8) | $ 587.87 |
| 9. | Insurance advances (non-escrow) | | (9) | $ 0.00 |
| 10. | Property preservation expenses. Specify: | | (10) | $ 0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Debtor 1 | James T Smith | | Case number (*if known*) | 16-24101-CMB |
|---|---|---|---|---|
| | First Name  Middle Name  Last Name | | | |

## Part 2: Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

X   /s/John D. Schlotter                        Date   11/30/2020
    Signature

Print:   John           D.            Schlotter          Title   Authorized Agent
         First Name     Middle Name   Last Name

Company   McCalla Raymer Leibert Pierce, LLC

Address   1544 Old Alabama Road
          Number      Street
          Roswell                    GA           30076
          City                       State        ZIP Code

Contact phone   678-281-6453              Email   John.Schlotter@mccalla.com

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**In re:** )
)   **Case No.** 16-24101-CMB
James T Smith )   **Chapter** 13
Janice L Smith )
)   **JUDGE:** CARLOTA M. BOHM
)

## **EXHIBIT B**

ITEMIZATION OF CLAIM

| | | |
|---|---|---|
| Tax Advances | | $587.87 |
| 09/24/2020 | Non-Escrowed Advance for Property Taxes | $587.87 |

- **TOTAL POSTPETITION FEES, EXPENSES, AND CHARGES**:      **$587.87**

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.  See 11 U.S.C. § 1322 (b)(5) and Bankruptcy Rule 3002.1

| | |
|---|---|
| In Re:  James T Smith<br>         Janice L Smith | Bankruptcy Case No.:  16-24101-CMB<br>Chapter:              13<br><br>Judge:                Carlota M. Bohm |

CERTIFICATE OF SERVICE

    I, John D. Schlotter, of McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, GA 30076, certify:

    That I am, and at all times hereinafter mentioned, was more than 18 years of age;

    That on the date below, I caused to be served a copy of the within NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

James T Smith
507 Jackson Street
Monongahela, PA 15063

Janice L Smith
507 Jackson Street
Monongahela, PA 15063

David A. Rice                                       *(served via ECF Notification)*
Rice & Associates Law Firm
15 West Beau Street
Washington, PA 15301

Ronda J. Winnecour                                  *(served via ECF Notification)*
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

U.S. Trustee                                        *(served via ECF Notification)*
Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

    I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

| | | |
|---|---|---|
| Executed on:    12/2/2020<br>               (date) | By: | */s/John D. Schlotter*<br>John D. Schlotter<br>Authorized Agent for U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE FOR CVF III MORTGAGE LOAN TRUST II |

```
-------------------------------------------------------------------------------
  PAYEE NAME  RINGGOLD SD/MONONGAHELA
  & ADDRESS   TAX COLLECTOR
              449 W MAIN ST
              MONONGAHELA        PA   15063
```



```
      PAYEE CODE: 371256065    BATCH:G00              PAGE  1 OF  1
                 ------------------------------------------------------
                 SHORT-NAME       DESCRIPTION     TRAN DATE    AMOUNT
            INIT  NAME              CODE            DUE
                 PROPERTY ADDRESS --------------------------------------
                 ------------------------------------------------------
                 JT SMITH                                     587.87
                       FAY SERVICING, LLC          09/24/20
                 MACHINE DISBURSEMENT CHECK VOUCHER
```